UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EARL FELDER,<br><br>    Petitioner,<br><br>v.<br><br>RODERICK Q. HICKMAN, Secretary of the California Department of Corrections and Rehabilitation,<br><br>    Respondent. | Civil No. 05cv2225-L(CAB)<br><br>**ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO FILE OBJECTIONS** |

Petitioner Charles Earl Felder, proceeding in *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The case was referred to United States Magistrate Judge Cathy Ann Bencivengo for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3.

On February 1, 2007, the Magistrate Judge issued a report and recommendation, setting February 20, as the last day to file objections. No objections were timely filed, and on March 12, 2007, this court issued an order adopting the report and recommendation. On March 14, 2007, the court received a letter from Petitioner indicating that as of March 7, 2007, he had not yet received the report and recommendation.

/ / / / /

1  For the foregoing reasons, the time for Petitioner to file and serve any objections to the
2  report and recommendation is hereby extended until **April 27, 2007**. The time to reply to
3  Petitioner's objections is also extended. Any reply to the objections shall be filed and served no
4  later than **10 days** after the service of Petitioner's objections.

5  **IT IS SO ORDERED**.

7  DATED: March 22, 2007

8  _____
   M. James Lorenz
9  United States District Court Judge

11 COPY TO:

   HON. CATHY ANN BENCIVENGO
12 UNITED STATES MAGISTRATE JUDGE

13 ALL PARTIES/COUNSEL