UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EARL FELDER,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>RODERICK Q. HICKMAN, Secretary of the California Department of Corrections and Rehabilitation,<br><br>　　　　　　Respondent. | Civil No. 05cv2225-L(CAB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254** |

　　　　Petitioner Charles Earl Felder, proceeding in *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The case was referred to United States Magistrate Judge Cathy Ann Bencivengo for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3. On January 30, 2008 the Magistrate Judge issued a report and recommendation, recommending the Petition be denied.

　　　　A district judge "may accept, reject, or modify the recommended decision" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes. Fed. R. Civ. P. 72(b); *see* 28 U.S.C. § 636(b)(1). "The court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Section 636(b)(1) does not require some lesser review by the

1  district court when no objections are filed.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The
2  "statute makes it clear that the district judge must review the magistrate judge's findings and
3  recommendations *de novo if objection is made, but not otherwise*."  *United States v.*
4  *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in the original); *see*
5  *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003) (applying
6  *Reyna-Tapia* to habeas review).

7      In the absence of any objections, the court **ADOPTS** the Report and Recommendation.
8  Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.
9      **IT IS SO ORDERED**.

11 DATED:  April 3, 2008

12                                       M. James Lorenz
13                                       United States District Court Judge

14 COPY TO:

15 HON. CATHY ANN BENCIVENGO
    UNITED STATES MAGISTRATE JUDGE
16
    ALL PARTIES/COUNSEL